# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                              Case No. 6:07-cr-107-Orl-28GJK

**LUIS GONZALEZ**

| | | | |
|---|---|---|---|
| **JUDGE:** | John Antoon II | **COUNSEL FOR GOVT:** | Bruce S. Ambrose |
| **DEPUTY CLERK:** | Darleen Darley | **COUNSEL FOR DEFT(S):** | Roger L. Weeden |
| **COURT REPORTER:** | Anthony Rolland | **PRETRIAL/PROBATION:** | Dianne Santana |
| **DATE/TIME:** | March 27, 2008 9:00-11:25 a.m. | **INTERPRETER:** | Laura Cruz/Spanish |

## CLERK'S MINUTES ON CRIMINAL SENTENCING

Defendant is adjudged guilty on Count One of the Indictment.

Government witnesses: Karl Weiss and Ruth Fricke.

Amended Motion for Court to recognize defendant's substantial assistance (Doc. No. 974) - Granted.

IMPRISONMENT:    180 Months.

Supervised Release:    5 Years.

MANDATORY DRUG TESTING requirements are: Imposed.

Special Conditions of Supervised Release:

Participate in a substance abuse treatment program and contribute to the costs of the program.

Perform 150 hours of community service in lieu of paying a fine.

Cooperate in the collection of DNA, as directed by the Probation Officer.

Fine and costs of imprisonment/supervision:    Waived.

Special Assessment:    $100.00.

Restitution:    $19,500.00 to Ms. Ruth Fricke; payable at $100.00 per month to be paid jointly and severally with Nestor Quinones and Miguel Antonio Montes.

DISMISSED COUNTS:    Count Two of the Original Indictment on the motion of U.S. Attorney.

Defendant is remanded to the custody of the U.S. Marshal.

Additional remarks:    Defendant is advised of right to appeal..