# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**   CASE NO: 6:07-cr-107-Orl-28GJK

**LUIS GONZALEZ**

## ORDER

This case is before the Court on Plaintiff's Motion for Leave to Appeal *In Forma Pauperis* (Doc. No. 1662) filed November 17, 2016.  The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and no objections having been filed by the Defendant, The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed December 14, 2016, (Doc. No. 1665) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Leave to Appeal *In Forma Pauperis* (Doc. No. 1662) is **DENIED**.

3. This Court certifies that the appeal in this case is not taken in good faith.  The Clerk of Court is directed to notify the Eleventh Circuit Court of Appeals of the ruling in accordance with Rule 24(a)(4) of the Federal Rules of Appellate Procedure.

**DONE** and **ORDERED** in Orlando, Florida, on January 3rd, 2017.

JOHN ANTOON II
United States District Judge

Copies furnished to:

Luis Gonzalez
#30361-069
USP Big Sandy Satellite Camp
P.O. Box 2068
Inez, KY

Counsel of Record
Eleventh Circuit Court of Appeals